IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02228-PAB-KLM

THE JOB STORE, INC., a Colorado corporation,

    Plaintiff,

v.

THE JOB STORE OF LOVELAND, OHIO, LLC, an Ohio limited liability company,
THE JOB STORE OF CINCINNATI, OHIO, LLC, an Ohio limited liability company, and
DYTR STAFFING AND MANAGEMENT COMPANY, an Ohio corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Vacate or Amend Order Setting Scheduling/Planning Conference** [#16] (the "Motion to Vacate") and on Defendant's **Motion to for [sic] Expedited Briefing** [#18] (the "Motion to Expedite").

    IT IS HEREBY **ORDERED** that the Motion to Vacate [#16] is **GRANTED in part**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for January 28, 2016 at 9:30 a.m. is **VACATED** and **RESET** to **February 25, 2016 at 10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order **no later than February 18, 2016**.

    IT IS FURTHER **ORDERED** that, if either party seeks a further continuance of the Scheduling Conference due to a pending dispositive motion, the party shall file a motion for a stay addressing the factors delineated in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-cv-01934-LTB-PAC, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006). The Court notes that a pending motion to stay does not relieve the parties of their continuing legal obligations to meet deadlines set by the Federal Rules of Civil Procedure,

the Local Rules, and Court Orders.

IT IS FURTHER **ORDERED** that the Motion to Expedite [#18] is **DENIED as moot**.

Dated: January 15, 2016